UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

THE GRAY CASUALTY &
SURETY COMPANY

     Plaintiff,

v.

WIGGINS ROOFING, LLC,
and MAURICE D. WIGGINS

     Defendants.

_____/

Case No. 26-cv-11413
Hon. Linda V. Parker

### ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ALTERNATIVE SERVICE AND EXTENSION OF SUMMONS

Based upon Plaintiff's Ex Parte Motion for Alternative Service and Extension of Summons, the Court finds that service cannot be reasonably made on Defendant Wiggins Roofing, LLC, or Defendant Maurice D. Wiggins as otherwise provided by Rule 4 of the Federal Rules of Civil Procedure or Rule 2.105 of the Michigan Court Rules.  Therefore,

**IT IS ORDERED** that Plaintiff's motion for alternative service and to extend the summons (ECF No. 6) is **GRANTED** in that:

1.  Plaintiff may serve Defendant Wiggins Roofing, LLC, by having a process server post copies of the Summons, Complaint, and a copy of this Order on the door of Defendant Wiggins Roofing, LLC's registered office at 43000 West

Nine Mile Road, Suite 301, Novi, MI 48375, and also mailing a copy of said documents to Defendant Wiggins Roofing, LLC, by regular mail at the same address.

2.  Plaintiff may serve Defendant Maurice D. Wiggins by having a process server post copies the Summons, Complaint, and a copy of this Order to the front door of Defendant Maurice D. Wiggins last known address at 6880 Burtonwood Drive, West Bloomfield, MI 48322, and also mailing a copy of said documents to Defendant Maurice D. Wiggins by regular mail at the same address.

**IT IS FURTHER ORDERED** that the Summons is extended for an additional 90 days.

DATED: July 7, 2026                         s/LINDA V. PARKER
                                            U.S. DISTRICT COURT JUDGE